UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
GENTIAN MANKO,

                Plaintiff,              **REPORT & RECOMMENDATION**
                                                                             **20 CV 273 (EK)(LB)**

    -against-

UNITED STATES POSTAL SERVICE,

                Defendant.
------------------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      *Pro se* plaintiff commenced this action on January 16, 2020, ECF No. 1, and the summons was issued the same day, ECF No. 2.  Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  On February 7, 2020, the Court ordered plaintiff to serve defendant and file proof of service with the Court within 90 days.[1]  ECF No. 5.  After plaintiff failed to file proof of service, the Court ordered plaintiff to file by July 10, 2020, proof that defendant was served by May 7, 2020, or to show good cause why such service was not made.  ECF No. 6.  Plaintiff was expressly warned that if he failed to file proof that defendant was served or to show good cause why such service was not made, I would recommend that this action should be dismissed without prejudice.  Id.

      As of the date of this Report, the Court's record does not reflect that plaintiff has served defendant. Because plaintiff has failed to file proof of service or show good cause why service was not timely effected on defendant, it is respectfully recommended that plaintiff's action should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

---

[1] The Court ordered plaintiff to serve defendant United States Postal Service pursuant to Rule 4(i) of the Federal Rules of Civil Procedure.  ECF No. 5.  The Court further warned plaintiff that, if proper service was not made upon defendant by May 7, 2020, or if plaintiff failed to show good cause why such service had not been effected by that date, it would be recommended that the Court should dismiss this action without prejudice.  Id.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. See also Fed. R. Civ. P. 6. Such objections shall be filed with the Clerk of the Court.  Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review.  Marcella v. Capital Dist. Physicians' Health Plan, Inc., 293 F.3d 42, 46 (2d Cir. 2002); Small v. Sec'y of Health & Human Servs., 892 F.2d 15, 16 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140, 152 (1985).

SO ORDERED.

                                                     /S/
                                          LOIS BLOOM
                                        United States Magistrate Judge

Dated: September 15, 2020
       Brooklyn, New York