```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

GENTIAN MANKO,

                    Plaintiff,               MEMORANDUM & ORDER
                                              20-CV-0273 (EK)(LB)
          -against-

UNITED STATES POSTAL SERVICE,

                    Defendant.

--------------------------------------x
```

ERIC KOMITEE, United States District Judge:

The Court has received Magistrate Judge Lois Bloom's Report and Recommendation (R&R) dated September 15, 2020. ECF No. 7. Judge Bloom recommends that this case be dismissed for failure to timely serve the complaint pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. *Id.* Neither party filed objections and the time to do so has expired. Accordingly, the Court reviews the R&R for clear error on the face of the record. *See, e.g.*, *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018). Having reviewed the record, the Court finds no clear error. Accordingly, the Court adopts the R&R in its entirety pursuant to 28 U.S.C. § 636(b)(1). Therefore, this action is

dismissed without prejudice. The Clerk of Court is respectfully directed to enter judgment and close this case.

    SO ORDERED.

                                      /s Eric Komitee
                                      ERIC KOMITEE
                                      United States District Judge

Dated:    October 13, 2020
            Brooklyn, New York